UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.F. LICENSING, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:20-CV-07532<br><br>JUDGE ROBERT M. DOW, JR.<br><br>MAGISTRATE JUDGE JEFFREY COLE |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, shall appear telephonically before the Honorable Robert M. Dow Jr. on Wednesday, January 20, 2021, at 9:00 am, and present Plaintiff's Motion for entry of Preliminary Injunction (the "Motion").

Dated: January 14, 2021

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 14, 2021, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter